1  Barry L. Goldner, State Bar No. 107126
   Terrence T. Egland, State Bar No. 240911
2  KLEIN, DENATALE, GOLDNER,
     COOPER, ROSENLIEB & KIMBALL, LLP
3  4550 California Avenue, Second Floor
   Bakersfield, California 93309
4  Telephone: (661) 395-1000
   Facsimile: (661) 326-0418
5  Email:  tegland@kleinlaw.com

6  Attorneys for Plaintiff,
   YOLANDA JEANIE COLE
7
   Martin E. Rosen (108998)
8  Theresa J. Macellaro (147866)
   BARGER & WOLEN LLP
9  633 West Fifth Street, 47th Floor
   Los Angeles, California 90071
10 Telephone: (213) 680-2800
   Facsimile:   (213) 614-7311
11
   Attorneys for Defendant
12 UNITED OF OMAHA
   LIFE INSURANCE COMPANY
13

14              **UNITED STATES DISTRICT COURT**

15    **EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

16 YOLANDA JEANIE COLE, an              Case No. 11-CV-01401-LJO-MJS
   individual,
17                                      **Order Modifying Scheduling Order**
                                        **and Associated Dates to Allow for**
18            Plaintiff,                **Private Mediation;**

19       v.                             Judge: Hon. Michael J. Seng

20 UNITED OF OMAHA LIFE                 New Trial Date:      4/15/2013
   INSURANCE COMPANY, a Nebraska
21 corporation,

22 Defendants.

23

24

25 ─────────────────────────────────────

26        Pursuant to the Stipulation of the parties, it is hereby ordered that the

27 Scheduling Order dated December 13, 2011 ("Scheduling Order") is modified as set

28 forth below.  All other deadlines set forth in the Scheduling Order shall remain the

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

1    same, and all other provisions of the Scheduling Order shall remain in full force and

2    effect:

3          **Discovery Deadlines**:

4          1.  <u>Non-Expert Discovery Cut-Off</u>:  continued from April 9, 2012, to October 1,

5              2012;

6          2.  <u>Disclosures of Expert Witnesses</u>:  Continued from May 14, 2012, to

7              November 12, 2012;

8          3.  <u>Expert Discovery Cut-Off</u>:  Continued from June 14, 2012 to December 13,

9              2012.

10         **Motion Deadlines**:

11         1.  <u>Dispositive and Non-Dispositive</u>: filing continued from June 14, 2012, to

12             December 13, 2012.

13         2.  <u>Dispositive Motion Hearing Date</u>: continued from July 24, 2012, at 8:15 a.m.

14             to January 22, 2013, at 8:15 a.m.

15         **Pre-Trial Conference**: continued from September 10, 2012, at 8:15 a.m. to

16         **March 14, 2013 at 8:30 a.m.**

17         **Court Trial**: continued from October 22, 2012, at 8:30 a.m. to **April 30, 2013** at

18         8:30 a.m.

19         **\*Parties please note Court-revised pretrial conference and trial dates.**

20

21

22    IT IS SO ORDERED.

23    Dated:   __April 16, 2012__                    ___/s/ Lawrence J. O'Neill___

24                                                    UNITED STATES DISTRICT JUDGE

25

26

27

28

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309