Barry L. Goldner, State Bar No. 107126
Terrence T. Egland, State Bar No. 240911
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: tegland@kleinlaw.com

Attorneys for Plaintiff,
YOLANDA JEANIE COLE

Martin E. Rosen (108998)
Theresa J. Macellaro (147866)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile:  (213) 614-7311

Attorneys for Defendant
UNITED OF OMAHA
LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| YOLANDA JEANIE COLE, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska corporation,<br><br>            Defendants. | Case No. 11-CV-01401-LJO-MJS<br><br>**Order Modifying Scheduling Order and Associated Dates to Allow for Private Mediation;**<br><br>Judge: Hon. Michael J. Seng<br><br>New Trial Date:     4/15/2013 |

Pursuant to the Stipulation of the parties, it is hereby ordered that the Scheduling Order dated December 13, 2011 ("Scheduling Order") is modified as set forth below. All other deadlines set forth in the Scheduling Order shall remain the

same, and all other provisions of the Scheduling Order shall remain in full force and effect:

**Discovery Deadlines**:

1. <u>Non-Expert Discovery Cut-Off</u>:  continued from April 9, 2012, to October 1, 2012;

2. <u>Disclosures of Expert Witnesses</u>:  Continued from May 14, 2012, to November 12, 2012;

3. <u>Expert Discovery Cut-Off</u>:  Continued from June 14, 2012 to December 13, 2012.

**Motion Deadlines**:

1. <u>Dispositive and Non-Dispositive</u>: filing continued from June 14, 2012, to December 13, 2012.

2. <u>Dispositive Motion Hearing Date</u>: continued from July 24, 2012, at 8:15 a.m. to January 22, 2013, at 8:15 a.m.

**Pre-Trial Conference**: continued from September 10, 2012, at 8:15 a.m. to **March 14, 2013 at 8:30 a.m.**

**Court Trial**: continued from October 22, 2012, at 8:30 a.m. to **April 30, 2013** at 8:30 a.m.

**\*Parties please note Court-revised pretrial conference and trial dates.**

IT IS SO ORDERED.

Dated:   **April 16, 2012**                              **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE