# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA JEANIE COLE, | CASE NO. CV F 11-1401 LJO MJS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 23.) |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | |
| Defendant. / | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending dates and matters, including the March 14, 2013 pretrial conference and April 30, 2012 trial; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   October 24, 2012**                    /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

1